# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JANET L. GALLEGOS
206 W. 18TH STREET
ROCK FALLS, IL  61071

SSN-xxx-xx-9579

Case Number: 04-73915

Case filed on: 8/5/2004
Plan Confirmed on: 10/15/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,436.12          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY CONRAD J KNUTH | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 002 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JANET L. GALLEGOS | 0.00 | 0.00 | 442.58 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 442.58 | 0.00 |
| 001 | PHH MORTGAGE CORP SERVICE CENTER | 32,636.38 | 0.00 | 0.00 | 0.00 |
| 003 | PHH MORTGAGE CORP SERVICE CENTER | 41,237.85 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN GENERAL FINANCE | 600.00 | 600.00 | 600.00 | 9.48 |
| 005 | FIDELITY INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 74,474.23 | 600.00 | 600.00 | 9.48 |
| 004 | AMERICAN GENERAL FINANCE | 4,900.00 | 637.00 | 637.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 10,226.10 | 1,329.39 | 1,329.39 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 26,327.49 | 3,422.57 | 3,422.57 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 6,857.69 | 891.50 | 891.50 | 0.00 |
| 009 | SMC | 759.91 | 98.79 | 98.79 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 2,769.09 | 359.98 | 359.98 | 0.00 |
| 011 | ELAN/FIRSTAR CARD SERVICES | 2,089.37 | 271.62 | 271.62 | 0.00 |
| 012 | AMCORE BANK NA | 3,495.62 | 454.43 | 454.43 | 0.00 |
| 013 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 57,425.27 | 7,465.28 | 7,465.28 | 0.00 |
|  | Grand Total: | 134,099.50 | 10,265.28 | 10,707.86 | 9.48 |

Total Paid Claimant:   $10,717.34
Trustee Allowance:   $718.78
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan